IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GAMEHANCEMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-cv-00572-JRG-RSP |
| | § | |
| INKA ENTWORKS INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Dismissal filed by Gamehancement LLC. (Dkt. No. 11.) In the Notice, Plaintiff represents that the member case Case No. 2:23-cv-00570-JRG-RSP is voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in Case No. 2:23-cv-00570 are **DISMISSED WITH PREJUDICE**. All pending requests for relief in Case No. 2:23-cv-00570 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk shall close Member Case No. 2:23-cv-570, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case, No. 2:23-cv-572

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE